c

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OLD INDIAN TRICKS, L.L.C., Plaintiff | CIVIL ACTION NO. 1:22-CV-00212 |
| VERSUS | JUDGE DRELL |
| BRIAN SPARKS, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff Old Indian Tricks, L.L.C.'s Motion to Remand (ECF No. 8) is GRANTED for lack of diversity jurisdiction.

IT IS FURTHER ORDERED that this case is REMANDED to the Thirty-Fifth Judicial District Court, Grant Parish, Louisiana.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 12) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 27 day of September 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT